

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00251-CV

SHENETRIA JOHNSON
AND JOHNNY JOHNSON,

                                                            **Appellants**

 **v.**

ELEUTERIA CORTEZ,

                                                            **Appellee**

**From the County Court at Law**
**Ellis County, Texas**
**Trial Court No. 20-C-3419**

## MEMORANDUM OPINION

Appellants' docketing statement was due October 15, 2020. In a letter dated October 19, 2020, the Clerk of this Court notified appellants that their docketing statement was past due and warned appellants that if the docketing statement was not filed within 21 days from the date of the letter, this appeal would be dismissed without further notification. TEX. R. APP. P. 42.3(b), (c) and 44.3. More than 21 days have passed, and the docketing statement has not been filed.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3(c) and 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal dismissed
Opinion delivered and filed November 18, 2020
[CVO6]

